IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LOCAL 689, AMALGAMATED TRANSIT UNION, ) ) ) ) *Plaintiff*, ) ) v. ) ) WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, ) ) ) ) *Defendant*. ) ) | Case No. 1:17-cv-01448 Hon. Liam O'Grady |

## ORDER

In the Court's ruling on the motion to compel arbitration dated January 24, 2018, the Court ordered the parties to submit a joint notice of further anticipated action in the case within 30 days. Dkt. 20. The Court ordered this because lawsuits of this nature are typically filed and shortly followed by a motion for judgment on the pleadings, allowing the Court to rule on the discrete arbitration issue before it and dispose of the case in a single opinion. The parties did not timely file a joint notice as ordered. The Court informally reminded the parties of the ordered joint notice on March 5, 2018, and on March 6, 2018, the parties filed separate notices. Dkt. 21 and 22. Neither notice indicates any further intended action appropriate to this case. Defendant stated that it intends to seek leave of Court to bring other disputes pertaining to Plaintiff before this Court via an "amended complaint." However, a motion for such leave would be denied as Plaintiff filed this lawsuit to address a discrete issue.

1

The Court finds that its January 24, 2018 order resolved the claims before it and that neither party has shown good cause for continued maintenance of this cause of action. Accordingly, this case is **DISMISSED**.

It is so **ORDERED**.

_____
Liam O'Grady
United States District Judge

March 9, 2018
Alexandria, Virginia

2